1  REICH & BINSTOCK, LLP
2  4265 SAN FELIPE, SUITE 1000
   HOUSTON, TX 77027
3  Dennis J. Reich, TX Bar No. 16739600
   Robert J. Binstock, TX Bar No. 02328350
4  Debbie L. Ziegler, TX Bar No. 12219200
   Telephone: (713) 622-7271
5  Facsimile: (713) 623-8724

6
   Attorneys for Plaintiffs, MEL STEINER and RICHARD STEINER
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____ )    **Case No. C-07-1748 CRB**
                                     )
14  IN RE: BEXTRA AND CELEBREX       )
    MARKETING SALES PRACTICES AND    )    **MDL NO. 1699**
15  PRODUCT LIABILITY LITIGATION     )    **District Judge:  Charles R. Breyer**
                                     )
16  _____ )
                                     )
    MEL STEINER and RICHARD STEINER, )
17  individually and as representatives of the Estate )
18  of HANA STEINER,                 )    **STIPULATION AND ORDER OF**
                                     )    **DISMISSAL WITH PREJUDICE**
19            Plaintiffs,            )
                                     )
20       vs.                         )
                                     )
21  PFIZER, INC., PHARMACIA          )
    CORPORATION, AND G.D. SEARLE LLC, )
22  (FKA G.D. SEARLE & CO.),         )
23            Defendants.
    _____
24

25       Come now the Plaintiffs, Mel Steiner and Richard Steiner, and Defendants, by and

26  through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

27  hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own

28  attorneys' fees and costs.

1    DATED: August 31, 2009

2                              REICH & BINSTOCK, LLP

3

4                              By:

5

                               Dennis J. Reich, TX Bar No. 16739600
6                              Robert J. Binstock, TX Bar No. 02328350
                               Debbie L. Ziegler, TX Bar No. 12219200
7                              4265 San Felipe Blvd, Suite 1000
                               Houston, Texas 77027
8                              Telephone: (713) 622-7271
9                              Facsimile: (713) 623-8724

10
                               Attorneys for Plaintiffs
11

12

13   DATED: Oct. 22, 2009      DLA PIPER LLP (US)

14

15                             By: /s/
                                    Matt Holian
16                             Attorneys for Defendants

17

18

19   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
20   **IT IS SO ORDERED.**

21

22   Dated: OCT 2 8 2009

23                             Hon. Charles R. Breyer
                               United States District Court
24

25

26

27

28

                                                              DISMISSAL